**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DENISE PAYNE, individually,

    Plaintiff,

                                            Case No.: 1:15-cv-24676-KMM

v.

PIZZERIAS, LLC, d/b/a PAPA JOHN'S,
a Florida limited liability company,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT

    Plaintiff, DENISE PAYNE, by and through her undersigned counsel, hereby notifies the Court that she has reached a settlement of all disputed issues in this lawsuit with Defendant, PIZZERIAS, LLC, d/b/a PAPA JOHN'S, a Florida limited liability company. The parties are diligently working on their written settlement agreement, and will thereafter submit a joint stipulation of dismissal with prejudice of this lawsuit (within twenty (20) days of the date hereof).

    **DATED** this 4th day of March, 2016.

                                            *Respectfully submitted,*

                                            **ESPINOSA LAW GROUP**
                                            10625 N. Kendall Dr.
                                            Miami, FL 33176-1510
                                            Tel.: 305-655-1501
                                            E-mail: tallison@espinosalawgroup.com
                                            E-mail: despinosa@espinosalawgroup.com

                                            By: */s/ Thomas Charles Allison*
                                                   Thomas Charles Allison, Esq.
                                                   Florida Bar No. 35242
                                                 Daniel Alberto Espinosa, Esq.
                                                 Florida Bar No. 81686

                                            *Counsel For The Disabled*

*Payne v. Pizzerias, LLC, etc.*
Case No.: 1:15-cv-24676-KMM

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon counsel of record (*see* Service List, below) by electronically filing same with the Clerk of Court using the Electronic Case Filing System, on this 4th day of March, 2016.

By: */s/ Thomas Charles Allison*
Thomas Charles Allison, Esq.
Florida Bar No. 35242

**Service List**

Jeffrey C. Roth, Esq.
ROTH & SCHOLL
866 South Dixie Highway
Coral Gables, FL 33146
E-mail: jeff@rothandscholl.com
E-mail: christine@rothandscholl.com
E-mail: gail@rothandscholl.com

*Counsel for Defendant*

– 2 –
**ESPINOSA LAW GROUP**
TRIAL LAWYERS